IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANTHONY LEWIS HARRIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:15CV784 |
| ) | 1:06CR104-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

On November 7, 2016, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #30] is hereby adopted.

**IT IS THEREFORE ORDERED** that Petitioner's Motion [Doc. #14] and Amended Motion [Doc. #15] to vacate, set aside, or correct sentence be granted in light of the Government's concession and that his sentence be vacated.

**IT IS FURTHER ORDERED** that this matter shall be concluded by entry of a Corrected Judgment reducing Petitioner's sentence to the statutory

maximum of ten (10) years imprisonment and three (3) years supervised release.

This the 7th day of December, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge